**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **14−30166**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 8/16/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Wieslawa Lech
2218 N Newland Ave, Apt 202
Chicago, IL 60707

| | |
|---|---|
| Case Number: 14−30166<br>Office Code: 1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−7890 |
| Attorney for Debtor(s) (name and address):<br>Nicholas C Kefalos<br>Vernor Moran LLC<br>27 North Wacker Drive Suite 2000<br>Chicago, IL 60606−2800<br>Telephone number: 312 264−4460 | Bankruptcy Trustee (name and address):<br>Eugene Crane<br>Crane Heyman Simon Welch & Clar<br>135 S Lasalle Ste 3705<br>Chicago, IL 60603<br>Telephone number: 312 641−6777 |

## Meeting of Creditors:

Date: **October 7, 2014**           Time: **12:30 PM**

Location: **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

**The presumption of abuse does not arise.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: 12/8/14**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1−866−222−8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeffrey P. Allsteadt |
| Hours Open: Monday − Friday 8:30 AM −4:30 PM | Date: August 18, 2014 |

**EXPLANATIONS**   B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>***Do not include this notice with any filing you make with the court.*** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 14-30166-CAD
Wieslawa Lech                                                       Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: jclarke              Page 1 of 2              Date Rcvd: Aug 18, 2014
                              Form ID: b9a               Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2014.
```
db          +Wieslawa Lech,    2218 N Newland Ave, Apt 202,    Chicago, IL 60707-3324
22290159    +Asset Acceptance,    Illinois Corp Service C,    801 Adlai Stevenson Drive,
              Springfield, IL 62703-4261
22290160    +Bank of America,    CA6-919-02-41,   PO Box 5170,    Simi Valley, CA 93062-5170
22290161    +Blitt & Gaines,    661 Glenn Ave.,    Wheeling, IL 60090-6017
22290169    +Discover Bank,    502 E. Market St.,    Greenwood, DE 19950-9700
22290171    +Fifth Third Bank,    Bankruptcy Dept., Maildrop RSCBe#,    1830 E. Paris Ave. SE,
              Grand Rapids, MI 49546-6253
22290175    +Green Tree Servicing, LLC,    CT Corporation System,    208 S. LaSalle, Suite 814,
              Chicago, IL 60604-1135
22290177    +Kevin Mortell, Attorney,    1821 Walden, Office S,    Schaumburg, IL 60173-4295
22290178    +Krasny Markoff, Attorney,    29 N. Wacker #550,    Chicago, IL 60606-2851
22290179    +Michael D. Fine, Attorney,    131 S. Dearborn,    Chicago, IL 60603-5571
22290182    +Miramed Revenue Group, LLC,    CT Corp System,    208 S LaSalle, Suite 814,
              Chicago, IL 60604-1135
22293818    +Oakfield Condo Association,    2218 N Newland Ave,    Chicago IL 60707-3341
22290183    +Presence Healthcare Services,    Michael McConnell, Agent,    1127 N. Oakley, Ste. 268,
              Chicago, IL 60622-3507
22290185    +Quest Diagnostics,    3 Giralda Farms,    Madison, NJ 07940-1027
22290187     Rafal Pociecha,    3198 Landing Lane,    Des Plaines, IL 60016
22290189    +Synchrony Bank,    170 W. Election Road, Suite 125,    Draper, UT 84020-6425
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: nkefalos@vernormoran.com Aug 19 2014 03:29:25     Nicholas C Kefalos,
              Vernor Moran LLC,    27 North Wacker Drive Suite 2000,    Chicago, IL  60606-2800
tr          +EDI: BECRANE.COM Aug 19 2014 03:03:00      Eugene Crane,    Crane Heyman Simon Welch & Clar,
              135 S Lasalle Ste 3705,    Chicago, IL 60603-4101
22290157    +EDI: RMCB.COM Aug 19 2014 03:03:00      AMCA,   4 Westchester Plaza, Suite 110,
              Elmsford, NY 10523-1615
22290158    +EDI: ACCE.COM Aug 19 2014 03:08:00      Asset Acceptance,    Attn Bankruptcy Dept,   PO Box 2036,
              Warren, MI 48090-2036
22290162    +EDI: STFC.COM Aug 19 2014 03:08:00      CACH LLC,    4340 S. Monaco, 2nd Floor,
              Denver, CO 80237-3485
22290163    +EDI: CAPITALONE.COM Aug 19 2014 03:08:00      Capital One,   PO Box 30285,
              Salt Lake City, UT 84130-0285
22290164    +EDI: CAPITALONE.COM Aug 19 2014 03:08:00      Capital One Bank, USA, NA,    4851 Cox Road,
              Glen Allen, VA 23060-6293
22290165    +EDI: CHASE.COM Aug 19 2014 03:08:00      Chase,   PO Box 15298,    Wilmington, DE 19850-5298
22290167    +EDI: CHASE.COM Aug 19 2014 03:08:00      Chase Bank USA, NA,    201 N. Walnut St.,
              Wilmington, DE 19801-2920
22290170     EDI: DISCOVER.COM Aug 19 2014 03:08:00      Discover Financial Services,   PO Box 15316,
              Wilmington, DE 19850
22290174     EDI: RMSC.COM Aug 19 2014 03:13:00      Green Tree,    332 Minnesota St., Suite 610,
              Saint Paul, MN 55101
22290176    +E-mail/Text: bankruptcy.bnc@gt-cs.com Aug 19 2014 03:30:00     Green Tree Servicing, LLC,
              345 St. Peter St. #1100,    Saint Paul, MN 55102-4408
22290181     E-mail/Text: mmrgbk@miramedrg.com Aug 19 2014 03:30:42     MiraMed Revenue Group,   PO Box 536,
              Linden, MI 48451-0536
22290180    +E-mail/Text: mmrgbk@miramedrg.com Aug 19 2014 03:30:42     Miramed,   991 Oak Creek Drive,
              Lombard, IL 60148-6408
                                                                                             TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22290166*   +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
22290168*   +Chase Bank USA, NA,    201 N. Walnut St.,    Wilmington, DE 19801-2920
22290172*   +Fifth Third Bank,    Bankruptcy Dept., Maildrop RSCBe#,    1830 E. Paris Ave. SE,
              Grand Rapids, MI 49546-6253
22290173*   +Fifth Third Bank,    Bankruptcy Dept., Maildrop RSCBe#,    1830 E. Paris Ave. SE,
              Grand Rapids, MI 49546-6253
22290184*   +Presence Healthcare Services,    Michael McConnell, Agent,    1127 N. Oakley, Ste. 268,
              Chicago, IL 60622-3507
22290186*   +Quest Diagnostics,    3 Giralda Farms,    Madison, NJ 07940-1027
22290188*    Rafal Pociecha,    3198 Landing Lane,    Des Plaines, IL 60016
                                                                                 TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: jclarke              Page 2 of 2              Date Rcvd: Aug 18, 2014
                              Form ID: b9a               Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2014 at the address(es) listed below:
              Eugene     Crane    ecrane@craneheyman.com,
               il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
              Nicholas C Kefalos     on behalf of Debtor Wieslawa   Lech nkefalos@vernormoran.com,
               G4641@notify.cincompass.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                            TOTAL: 3
```